UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HUNT CAPITAL PARTNERS, LLC, ET AL | CIVIL ACTION |
| VERSUS | NO. 14-2726 |
| HAROLD R. BERK, ET AL | SECTION "C" (5) |

### ORDER

IT IS ORDERED that this matter be TRANSFERRED to Section "N" for further proceedings pursuant to LR3.1.1. The Court finds that the subject matter of this matter comprises all or a material part of the subject matter or operative facts of *AMTAX Holdings 2001-VV, LLC, et al v. Warren Homes, LLC, et al*, Civ. Act. No. 14-2652 "N" (5).

New Orleans, Louisiana, this 5th day of December, 2014.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

12/5/14
TRANSFERRED TO
**SECT. N**