

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HUNT CAPITAL PARTNERS, LLC and | : | |
| HCP PACIFIC ASSET MANAGEMENT, LLC, | : | CIVIL ACTION NO. 14-2726 |
| | : | |
| Plaintiffs | : | SECTION N |
| | : | JUDGE KURT ENGELHARDT |
| vs. | : | |
| | : | MAG. DIV. 5 |
| | : | MAGISTRATE JUDGE NORTH |
| HAROLD R. BERK and | : | |
| HAROLD R. BERK, P.C. | : | |
| | : | |
| Defendants | : | |

### CONSENT MOTION TO ALLOW PRO SE DEFENDANT
### TO FILE PLEADINGS AND MOTIONS USING THE CM/ECF SYSTEM

Defendant Harold R. Berk hereby moves the Honorable Court for an Order permitting him as a pro se defendant to file pleadings, motions and other documents using the Court's CM/ECF system. Plaintiffs have consented to this Motion as it is in the interest of all parties and the Court. In support whereof, defendant Berk shows the Court the following:

1. The Clerk of this Court has advised defendant that even though he is an attorney and files documents in other districts using the court's CM/ECF system, he cannot do so if he is appearing pro se and without a local counsel admitted to the bar of this Court unless he obtains an Order of the Court permitting him to do so.

2. Defendant Berk is a member of the bar of the Supreme Court of Pennsylvania, the United States Supreme Court, the Third Circuit Court of Appeals, the Seventh Circuit Court of Appeals, the Eastern District of Pennsylvania, the Northern District of Indiana and the Southern District of

TENDERED FOR FILING

JAN 12 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Indiana. He has been practicing law since September, 1971. He has a J.D. degree from the University of Minnesota Law School which was awarded in June, 1971.

3. Defendant Berk utilizes the ECM system for filing pleadings, motions and other documents, and he is familiar with the system.

4. By being on the CM/ECF system, matters filed by other parties and the Court will be served on defendant Berk through that system, and otherwise service would have to be made upon him by mail. The convenience of all parties and the Court will be increased by defendant Berk's use of the CM/ECF system

WHEREFORE, Defendant Harold R. Berk respectfully moves this Honorable Court for an order permitting him to file pleadings, motions and other documents using the Court's ECM system.

Harold R. Berk
Pro se
1041 Glendevon Drive
Ambler, Pennsylvania 19002
215-646-3434
215-896-2882 mobile
haroldberk@gmail.com
PA 22566

HAROLD R. BERK, P.C.
By:
Harold R. Berk
Sole Shareholder and Officer

## CERTIFICATE OF SERVICE

    I, Harold R. Berk, an attorney admitted before the Supreme Court of Pennsylvania, and acting herein pro se, certify that a copy of the foregoing Consent Motion to Allow Pro se Defendant to Use the Court's CM/ECF system were served by email on counsel for plaintiffs this 10th day of January, 2015. Defendants are also requesting the Clerk of the Court to file this Motion and Memorandum using the Court's CM/ECF system.

*/s/ Harold R. Berk*

Harold R. Berk, Pro se
Attorney admitted in Pennsylvania
PA 22566