UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HUNT CAPITAL PARTNERS, LLC | * | CIVIL ACTION |
| HCP PACIFIC ASSET | * | NO. 14-2726 |
| MANAGEMENT, LLC, | * | |
| | * | |
| Plaintiffs, | * | SECTION "N" |
| | * | JUDGE ENGELHARDT |
| v. | * | |
| | * | |
| HAROLD R. BERK, and | * | MAG. DIV. (5) |
| HAROLD R. BERK, P.C., | * | MAG. JUDGE NORTH |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR EXPEDITED SUBMISSION OF MOTION TO EXTEND SUBMISSION DATE ON DEFENDANTS' MOTION TO CHANGE VENUE UNDER 28 U.S.C. § 1404(A)

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Hunt Capital Partners, LLC and HCP Pacific Asset Management, LLC ("Plaintiffs"), and respectfully request that the Court set the Plaintiffs' the Motion to Extend Submission Date on Defendants' Motion to Change Venue under 28 U.S.C. § 1404(A), [R. Doc. No. 26], for expedited submission. The Plaintiffs request expedited submission for the following reasons:

1.

The Plaintiffs' Motion to Extend Submission Date on Defendants' Motion to Change Venue under 28 U.S.C. § 1404(A), [R. Doc. No. 26], is currently set for submission on March 4, 2015. In their Motion, the Plaintiffs seek an extension of the submission date of the Defendants' Motion to Change Venue under 28 U.S.C. § 1404(A), [R. Doc. No. 20], to March 18, 2015, such that their Opposition would be due on March 10, 2015.

2.

The Defendants' Motion to Change Venue under 28 U.S.C. § 1404(A), [R. Doc. No. 20] is set for submission on February 18, 2015, making the Plaintiffs' response currently due on February 10, 2015.

3.

Given that Plaintiffs' response is currently due well before their Motion for Extension would otherwise be submitted, expedited submission of the Plaintiffs' Motion to Extend Submission Date on Defendants' Motion to Change Venue under 28 U.S.C. § 1404(A), [R. Doc. No. 26], is necessary.

**WHEREFORE,** for the foregoing reasons, plaintiffs, Hunt Capital Partners, LLC and HCP Pacific Asset Management, LLC, respectfully request that this Court grant their *Ex Parte* Motion for Expedited Submission of Motion to Extend Submission Date on Defendants' Motion to Change Venue under 28 U.S.C. § 1404(A) and that their Motion to Extend Submission Date on Defendants' Motion to Change Venue under 28 U.S.C. § 1404(A), [R. Doc. No. 26], be

submitted on an expedited basis on Friday, February 5, 2015, with any response by the Defendants to be filed by close of business on that same day.

>Respectfully submitted,
>
>**BAKER DONELSON BEARMAN**
>**CALDWELL & BERKOWITZ, PC**
>
>By: ___*s/Steven F. Griffith, Jr.*___
>    STEVEN F. GRIFFITH, JR., T.A. (27232)
>    ERIN E. PELLETERI (30666)
>    MATTHEW C. JUNEAU (33210)
>    201 St. Charles Avenue, Suite 3600
>    New Orleans, Louisiana  70170
>    Telephone:  (504) 566-5200
>    Facsimile:  (504) 636-4000
>
>*and*
>
>**CLARE LOCKE LLP**
>
>    THOMAS A. CLARE (*pro hac vice*)
>    ELIZABETH M. LOCKE (*pro hac vice*)
>    902 Prince Street
>    Alexandria, Virginia  22314
>    Telephone:  (202) 628-7400
>
>**ATTORNEYS FOR ALL PLAINTIFFS**
>**HUNT CAPITAL PARTNERS, LLC AND**
>**HCP PACIFIC ASSET MANAGEMENT, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all parties and/or their counsel of record.

                                                      *s/Steven F. Griffith, Jr.*
                                                      STEVEN F. GRIFFITH, JR.