UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HUNT CAPITAL PARTNERS, LLC<br>HCP PACIFIC ASSET<br>MANAGEMENT, LLC, | *<br>*<br>*<br>* | CIVIL ACTION<br>NO. 14-2726 |
| Plaintiffs, | *<br>* | SECTION "N"<br>JUDGE ENGELHARDT |
| v. | *<br>* | |
| HAROLD R. BERK, and<br>HAROLD R. BERK, P.C., | *<br>*<br>* | MAG. DIV. (5)<br>MAG. JUDGE NORTH |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

Considering Plaintiffs' Motion to Extend Submission Date on Defendants' Motion to Change Venue under 28 U.S.C. § 1404(A) (Rec. Doc. 26), and Defendants' response (Rec. Doc. 28), IT IS HEREBY ORDERED that the Motion is GRANTED. The submission date for Defendants' Motion to Change Venue (Rec. Doc. 20), is extended until Wednesday, March 11, 2015.

IT IS FURTHER ORDERED that Plaintiff's motion for expedited hearing (Rec. Doc. 27) is MOOT.

New Orleans, Louisiana, on this the 9th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE