IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HUNT CAPITAL PARTNERS, LLC and** | : | |
| **HCP PACIFIC ASSET MANAGEMENT, LLC,** | : | **CIVIL ACTION NO. 14-2726** |
| | : | |
| Plaintiffs | : | **SECTION N** |
| | : | **JUDGE KURT ENGELHARDT** |
| vs. | : | |
| | : | **MAG. DIV. 5** |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| **HAROLD R. BERK and** | : | |
| **HAROLD R. BERK, P.C.** | : | |
| | : | |
| Defendants | : | |

## ORDER

Considering the foregoing Defendants' Motion for Leave to File Reply Memorandum in Support of Motion to Change Venue under 28 U.S.C.§1404(a) and in Reply to Plaintiffs' Opposition to Motion to Change Venue;

**IT IS HEREBY ORDERED**, that the Motion is GRANTED, and the attached Reply Memorandum is deemed filed.

New Orleans, Louisiana this 27th day of March 2015.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**