IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HUNT CAPITAL PARTNERS, LLC<br>HCP PACIFIC ASSET MANAGEMENT, LLC<br><br>    Plaintiffs,<br><br>– vs. –<br><br>HAROLD R. BERK, and<br>HAROLD R. BERK, P.C.<br><br>    Defendants. | Civil Action No.: 14-cv-2726<br><br>Section "N"<br>Judge Kurt D. Engelhardt<br><br>Mag. Div. (1)<br>Mag. Judge Sally Shushan |

## ORDER

Considering the foregoing Joint Motion to Dismiss filed by plaintiffs, Hunt Capital Partners, LLC and HCP Pacific Asset Management, LLC ("Plaintiffs"), and defendants, Harold R. Berk and Harold R. Berk, P.C. ("Defendants"), and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that the claims between the Plaintiffs and the Defendants are DISMISSED WITH PREJUDICE, with each party to bear its or his own costs.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the settlement of the claims between the Plaintiffs and the Defendants.

New Orleans, Louisiana, on this the 18th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE